PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
08/06/18

IN RE:                                                                   CASE NO: 18-12595 JDW
**FISHER, GREGORY CARL**

**APPEARANCES:**
(✓) DEBTOR 1                                               ( ) DEBTOR 2 (Wife in Joint Cases)
   (✓) Required picture I.D. produced                    ( ) Required picture I.D. produced
   (✓) Required SSN verification produced                 ( ) Required SSN verification produced
   ( ) Pay advices received                               ( ) Pay advices received

Credit counseling certificate (✓ filed ( ) not filed.
Tax returns received for _____2017_____ (years) on __08/03/2018__ (✓) uploaded.
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to Office of the UST.
( ) DEBTOR'S REPRESENTATIVE: _____
(✓) ATTORNEY FOR DEBTOR(S): **ROBERT GAMBRELL** or substitute: _____
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES ( ) NO - If Pro Se, did anyone assist with preparation?
   ( ) YES ( ) NO - If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD; or
( ) NOT HELD; or
( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20____ AT _____ O'CLOCK ____.M.

(✓) YES ( ) NO - Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

( ) CREDITOR(S)_____
_____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting - Schedule_____
( ) OTHER:_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:_____.

ADDITIONAL NOTES: _This meeting was conducted telephonically per US Trustee instructions (see attached.)_
_____

DATED: __08/06/18__                                    _____
                                                                        STEPHEN SMITH, TRUSTEE

Track #__031__  or  Tape #_____, Side _____ Counter Start #_____



**U.S. Department of Justice**

Office of the United States Trustee
*Region 5, Districts of Louisiana & Mississippi*

---

*501 E. Court Street*  (601) 965-5241
*Suite 6-430*  Fax: (601) 965-5226
*Jackson, Mississippi 39201*  www.justice.gov/ust/r05/

August 6, 2018

This email message will confirm the request made by the Jackson, Mississippi U.S. Trustee's Office per debtor's counsel request, to have the Debtor(s), Gregory Carl Fisher, Case# 18-12595 JDW participate in a §341 meeting of creditors via telephone at the U.S. Trustee's Office in Greenbelt, MD.

### Debtor(s) shall appear at the scheduled date and time as follows:

**341 Meeting Date:**   August 6, 2018

**Time:**   11:00 A.M. CST (MS)
            12:00 P.M. EST (MD)

**Location:**   6305 Ivy Lane
                Greenbelt, MD 20770

**Contact:**   Anthony Payton, Legal Assistant Bankruptcy OA
               (301) 344-6216

The Chapter 7 Trustee Stephen Smith, will initiate the call to U.S. Trustee's Office in Greenbelt, MD at 12:00 p.m. EST 301-344-6216. **Ask for Anthony Payton.**

**Debtor's Counsel:** You must make sure that the Debtor(s) are present at the U.S. Trustee's office in Greenbelt, MD when Trustee Smith calls and conducts §341 meeting. Please make arrangements to have your client at the office at least 30 minutes prior to the §341 Meeting. If any questions about parking contact the U.S. Trustee's office in Greenbelt, MD.

Make certain that the debtor(s) brings a valid, government issued picture ID and Original Social Security cards to the meeting for the purpose of verifying identity. If they have any questions they may contact the U.S. Trustee's office 301-344-6216.

*Sarita Dukes, Legal Assistant*
*U.S. Trustee's Office/Region 5*
*601-965-5241 (telephone) 601-965-5226 (fax)*
       *www.usdoj.gov/ust/r05*